tinez and another. H. Goldmark, of New York City, for appellant. V. H. Smith, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

AMERICAN SLICING MACH. CO., Appellant, v. CORKEDALE, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by the American Slicing Machine Company against Maxwell Corkedale.

PER CURIAM. Although we have repeatedly called attention to the rule requiring appellant to state facts showing that the appeal is a meritorious one, there has been no attempt to comply with this rule. In addition, no excuse is offered for appellant's laches. The motion to dismiss the appeal is granted, with $10 costs.

---

AMUNDSON, Appellant, v. STRAEHLER, Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Edward L. Amundson against William O. Straehler. M. F. Tompkins, of New York City, for appellant. M. Slade, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ANDREW J. ROBINSON CO., Appellant, v. SECURITY MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by the Andrew J. Robinson Company against the Security Mutual Life Insurance Company. C. S. Fettretch, of New York City, for appellant. G. G. Battle, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 App. Div. 936, 141 N. Y. Supp. 1107.

---

ANDRIUISZIS, Respondent, v. PHILADELPHIA & READING COAL & IRON CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by John Andriuiszis against the Philadelphia & Reading Coal & Iron Company. No opinion. Motion denied, with $10 costs. See, also, 154 App. Div. 945, 139 N. Y. Supp. 1115.

---

ANDREWS, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by James E. Andrews against George Cohen. No opinion. Order modifying injunction settled and signed. See, also, 163 App. Div. 580, 148 N. Y. Supp. 1028.

---

ARCHER et al. v. HESSE et al. (Supreme Court, Appellate Division, First Department.

November 13, 1914.) Action by George E. Archer and another against G. Emil Hesse and others. No opinion. Motion denied, with $10 costs. Order filed.

---

ARROLL, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) Action by James T. Arroll against the Buffalo, Lockport & Rochester Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 160 App. Div. 915, 145 N. Y. Supp. 1112.

ROBSON and MERRELL, JJ., dissent, upon the ground that the verdict is against the weight of the evidence, and upon the further ground that the court committed reversible error in permitting the plaintiff to testify under defendant's objection that the defendant's claim agent Hoenig called upon him after the accident.

---

AUSER v. TOWN BOARD OF TOWN OF NEWCASTLE. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of William J. Auser against the town board of the Town of Newcastle. No opinion. Motion granted, with costs.

---

AUSTIN, Respondent, v. PADDOCK, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Joseph B. Austin against Lloyd C. Paddock. No opinion. Judgment and order unanimously affirmed, with costs.

---

BAR, Appellant, v. MITCHNICK, Respondent. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Rose Bar against Abraham Mitchnick. No opinion. Judgment reversed, and new trial granted, with costs to the appellant, on the authority of Rutter v. Puckhofer, 9 Bosw. 638.

---

BARBER v. PEET. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Ohio C. Barber against Frank M. Peet. No opinion. Motion granted, with $10 costs. Order filed.

---

BARBER v. QUELET et al. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Simeon M. Barber against George F. Quelet and another. No opinion. Motion granted, with $10 costs. Order filed.

---

BARCA, Appellant, v. HENRY P. BURGARD CO., Respondent. (Supreme Court, Ap-

pellate Division, Fourth Department. October 14, 1914.) Action by Sebastian Barca against the Henry P. Burgard Company. No opinion. Judgment affirmed, with costs.

BARDELLI, Respondent, v. PITTSBURGH CONTRACTING CO., ·Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Regina Bardelli, as administratrix, etc., against the Pittsburgh Contracting Company. No opinion. Motions denied, without costs. See, also, 163 App. Div. 45, 148 N. Y. Supp. 389.

BARNETT v. HOLBROOK, CABOT & ROLLINS CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Enoch Barnett against the Holbrook, Cabot & Rollins Company. No opinion. Motion denied, without costs. Order filed.

BARRA, Respondent, v. JAMES STEWART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Action by Thomas Barra against James Stewart & Co., Incorporated. No opinion. Motion denied. See, also, 148 N. Y. Supp. 1105.

BARRY, Appellant, v. GRAUSMAN, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Joseph Barry against Philip M. Grausman. A. J. Levine, of New York City, for appellant. No opinion. Judgment affirmed, with costs. Order filed.

BARTHOLOMAY BREWERY CO., Respondent, v. MANNING, Appellant, et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the Bartholomay Brewery Company against Hanna M. Manning, impleaded with others. .
PER CURIAM. Order affirmed, with $10 costs and disbursements.
LYON, J., dissents.

BATHRICK, Respondent, v. RED HOOK LIGHT & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Helena Bathrick, as administratrix of Archie Bathrick, deceased, against the Red Hook Light & Power Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

BAUM, Respondent, v. DE LONG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Adelbert E. Baum against Jas. C. De Long. No opinion. Judgment and order affirmed, with costs.

BEATTIE et al., Respondents, v. MEEKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Iretta Beattie and another, as administrators, etc., against William Meeker and others. No opinion. Judgment (149 N. Y. Supp. 453) affirmed, with costs.

BEATTY, Respondent, v. IRELAND et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Action by Robert A. Beatty against John B. Ireland and others. No opinion. Motion denied, without costs, and without prejudice to the respondent to renew the same if the appeal is not diligently prosecuted. See, also, 152 App. Div. 588, 137 N. Y. Supp. 456.

BECK, Respondent, v. CRAMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Jacob F. Beck against John A. Cramer. No opinion. Judgment and order affirmed, with costs.

BEEKMAN ESTATE, Respondent, v. FOSTER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by the Beekman Estate against Mary C. Foster and others. O. Horsey, of New York City, for appellants. H. L. Fordham, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BEHRER, Respondent, v. ERNST, Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Martin Behrer against Mary Ernst. No opinion. Motion to dismiss appeal denied, on condition that appellant place the case on the calendar for the December term, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

BELL, Respondent, v. JAMES BUTLER, Inc., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Edward M. Bell against James Butler, Incorporated. J. H. Rogan, of New York City, for appellant. E. E. Wheeler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BELTING & MACHINERY CO. v. CITY OF CORNING. (Supreme Court, Appellate